IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| XONDA DIVEN,<br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>Defendant. | Case No. 4:22-cv-00834-FJG |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Xonda Diven and Defendant The Lincoln National Life Insurance Company, by and through their undersigned counsel, hereby stipulate and request that the above-captioned action be dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 18th day of May, 2023.

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: _s/ Cristin J. Mack_
Cristin J. Mack (61270MO)
7700 Bonhomme Ave., Suite 650
St. Louis, MO 63105
Phone: 314-802-3943
Fax: 314-802-3936
cristin.mack@ogletree.com

ATTORNEY FOR DEFENDANT

BURNETTDRISKILL

By: *s/ Derrick A. Pearce*
Derrick A. Pearch (42793MO)
Kyle H. Sciolaro (64568MO)
103 W 26th Avenue, Suite 290
North Kansas City, MO 64116
Phone: 816-883-4142
Fax: 816-792-3634
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on May 18, 2023 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

Derrick A. Pearce
dpearce@burnettdriskill.com

Kyle H. Sciolaro
ksciolaro@burnettdriskill.com

*s/ Cristin J. Mack*
Cristin J. Mack